**No. 50004.**—Protests 55327–K, etc., of Copeland & Thompson, Inc. (New York).

Opinion by KEEFE, J.   It was stipulated that the merchandise in question is similar in all material respects to that the subject of *Copeland & Thompson* v. *United States* (12 Cust. Ct. 85, C. D. 833).   In accordance therewith the merchandise was held dutiable as claimed.